**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Western Watersheds Project, et al., ) | No. 13-CV-1028-PHX-PGR |
| Plaintiffs, ) |  |
| vs. ) | **ORDER** |
| Bureau of Land Management, ) |  |
| Defendant. ) |  |

On May 20, 2013, Plaintiff filed a complaint challenging Defendant's Resource Management Plan for the Sonoran Desert National Monument. (Doc. 1.) The Court set a scheduling conference for October 7, 2013. The parties filed a joint case management report on August 8, 2013, stating that the issues in the case would be resolved on the record and setting out a proposed briefing schedule for the parties' summary judgment motions. (Doc. 16.) Now before the Court is the parties' joint motion to vacate the scheduling conference. (Doc. 18.) The Court having reviewed the motion and the joint case management report,

IT IS ORDERED vacating the October 7, 2013, scheduling conference.

IT IS FURTHER ORDERED that:

1. Defendant shall lodge the Administrative Record in electronic form no later than November 27, 2013.

2. Motions to amend the pleadings and motions to join additional parties shall be filed no later than January 24, 2014.

3. Plaintiffs shall inform Defendant of any objections to the Administrative Record no later than January 24, 2014.

4. Plaintiffs shall file any motion challenging the sufficiency of the record or seeking leave to submit extra record evidence no later than February 14, 2014.

5. Plaintiffs shall file their motion for summary judgment no later than February 28, 2014. The summary judgment brief shall not exceed 35 pages.

6. Defendant shall file its combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment, not exceeding 35 pages, no later than April 25, 2014.

7. Plaintiffs shall file their reply in support of summary judgment and opposition to Defendant's motion no later than May 23, 2014. The reply brief shall not exceed 20 pages.

8. Defendant shall filed its reply brief in support of summary judgment, not exceeding 20 pages, no later than June 20, 2014.

DATED this 16th day of September, 2013.

Paul G. Rosenblatt
United States District Judge