**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Western Watersheds Project, et al., ) | No. 13-CV-1028-PHX-PGR |
| Plaintiffs, ) | |
| vs. ) | **ORDER** |
| Bureau of Land Management, ) | |
| Defendant. ) | |

On September 16, 2013, the Court issued a scheduling order in the above-captioned case. (Doc. 19.) Now before the Court is Defendant's unopposed motion to amend the scheduling order. (Doc. 21.) The Court having reviewed the motion, and good cause appearing,

IT IS ORDERED that the September 16, 2013, scheduling order is amended as follows:

1. Defendant shall lodge the Administrative Record in electronic form no later than December 20, 2013.

2. Motions to amend the pleadings and motions to join additional parties shall be filed no later than February 21, 2014.

3. Plaintiffs shall inform Defendant of any objections to the Administrative Record no later than February 21, 2014.

4. Plaintiffs shall file any motion challenging the sufficiency of the record or seeking leave to submit extra record evidence no later than March 14, 2014.

5. Plaintiffs shall file their motion for summary judgment no later than March 28, 2014. The summary judgment brief shall not exceed 35 pages.

6. Defendant shall file its combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment, not exceeding 35 pages, no later than May 23, 2014.

7. Plaintiffs shall file their reply in support of summary judgment and opposition to Defendant's motion no later than June 20, 2014. The reply brief shall not exceed 20 pages.

8. Defendant shall file its reply brief in support of summary judgment, not exceeding 20 pages, no later than July 18, 2014.

DATED this 18th day of November, 2013.

Paul G. Rosenblatt
United States District Judge