**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Western Watersheds Project, et al., | ) | No. 13-CV-1028-PHX-PGR |
| Plaintiffs, | ) | |
| vs. | ) | **ORDER** |
| Bureau of Land Management, | ) | |
| Defendant. | ) | |

Before the Court is the Motion of the Arizona Cattle Growers' Association ("ACGA") to Participate as *Amicus Curiae* in Support of Neither Party. (Doc. 24.)

The ACGA asserts that it "is uniquely qualified to provide additional insight to this Court on issues related to cattle grazing and its effect on the Sonoran Desert National Monument and the surrounding communities" and that its *amicus* brief will "assist this Court by providing a prospective not represented by the parties to the case." (*Id.* at 2.) The ACGA further states that it has contacted the parties and they take no position on the motion. (*Id.* at 3.)

Accordingly,

IT IS HEREBY ORDERED granting the ACGA's motion to participate as *amicus curiae*. (Doc. 24.)

/ / /

/ / /

/ / /

1   IT IS FURTHER ORDERED that the ACGA may file an *amicus curiae* brief in
2  support of neither party, no longer than 17 pages, on or before April 4, 2014.
3   DATED this 11th day of March, 2014.

4
5
6  Paul G. Rosenblatt
   United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -